# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ARLIE TUCKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY SYSTEMS, INC.; SAFE HOME SECURITY, INC.; ALARM SERVICES LLC; MONITRONICS INTERNATIONAL, INC.; and THE BRINK'S COMPANY,<br><br>Defendants. | Case No. 4:21-cv-01094 PLC |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Arlie Tucker ("Plaintiff") DISMISSES each and all of the individual claims alleged by Plaintiff in this action WITH PREJUDICE, including, without limitation, all of Plaintiff's claims against Defendant Monitronics International, Inc., Defendant The Brinks Company, Defendant Security Systems, Inc. , Defendant Safe Home Security, Inc., and Defendant Alarm Services LLC.

Plaintiff DISMISSES the putative class claims WITHOUT PREJUDICE.

Each Party shall bear his, her, and its own costs, fees and expenses, including attorneys' fees. This Notice of Dismissal  disposes of the entire action.

Respectfully submitted,

Dated: 12/13/2021        By:   /s/  Tiffany M. Yiatras
  Tiffany M. Yiatras (MO Bar No. 58197)
  **CONSUMER PROTECTION LEGAL, LLC**
  308 Hutchinson Road
  Ellisville, Missouri 63011-2029
  Tele: 314-541-0317
  Email: tiffany@consumerprotectionlegal.com

  Francis J. "Casey" Flynn, Jr.
  **LAW OFFICE OF FRANCIS J. FLYNN, JR.**
  422 S. Curson Avenue
  Los Angeles, California 90036
  Email: casey@lawofficeflynn.comom

  **ATTORNEYS FOR PLAINTIFF**
  **AND THE PROPOSED CLASS**

12

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed with the Court's electronic filing system, on December 13, 2021, which will send notice to the attorneys of record for all parties.

                                                    /s/  Tiffany Marko Yiatras