**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ARLIE TUCKER, individually and on behalf of all others similarly situated,** | ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| vs. | )    Case No. 4:21-CV-1094 PLC <br> ) |
| **SECURITY SYSTEMS, INC., et al.,** | ) <br> ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff Arlie Tucker's notice of dismissal. [ECF No. 22] Plaintiff seeks to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) "each and all of the individual claims alleged by Plaintiff in this action WITH PREJUDICE against" Defendants Monitronics International, Inc., The Brinks Company, Security Systems, Inc., Safe Home Security, Inc., and Alarm Services, LLC. [Id. (emphasis in original)]

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss a case "before the opposing party serves either an answer or a motion for summary judgment." No defendant in this action has filed either an answer or motion for summary judgment.

After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendants is **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff's motion to remand [ECF No. 13] is **DENIED as moot.**

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of December, 2021